# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas B. Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/24

August 9, 2024

*By Electronic Filing*

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Roderick v. Outside Interactive, Inc.*, No. 23-cv-04125 (S.D.N.Y)

Dear Judge Gorenstein:

We represent Defendant Outside Interactive, Inc. ("Defendant") in this matter. We write on behalf of all parties to notify the Court that the parties have reached an agreement to resolve this case in its entirety. With the consent of counsel for Plaintiff, we respectfully ask the Court to dismiss this matter, with leave for either party to reopen the case should the parties not finalize their settlement within 30 days.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Thomas B. Sullivan

cc: All counsel of record

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, 9/11/24 if the settlement is not consummated by then.

SO ORDERED   8/12/24

Lewis A. Kaplan
U.S.D.J.